**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD JONES,

    Petitioner,

vs.

B. CURRY, Warden,

    Respondent.
    /

No. C 07-2249 PJH (PR)

**EXTENSION OF TIME**

This is a habeas case filed pro se by a state prisoner. The court sent petitioner a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP") and gave him thirty days to do one or the other. In response he has written saying that he sent in the five-dollar fee "long before I actually filed my writ with the court."

The court's financial department has found no such payment. Petitioner's trust account statement shows a deduction for "fees," but the date has been cut off on the copy and the entry does not establish that the deduction was for a filing in this court or that it actually was sent. Petitioner also refers to "paperwork" that he claims was "filled out completely and correctly," but no paperwork would be necessary if the fee were paid.

Petitioner still has not paid the fee nor applied for leave to proceed in forma pauperis. The time for him to do so is **EXTENDED** to July 9, 2007. If he does not pay the fee or apply for leave to proceed IFP within that time the case will be dismissed.

**IT IS SO ORDERED.**

Dated: June 26, 2007.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.07\JONES249.EXT-IFP