UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD JONES,

    Petitioner,

vs.

B. CURRY, Warden,

    Respondent.

No. C 07-2249 PJH (PR)

**ORDER EXTENDING TIME**

This is a habeas case filed pro se by a state prisoner. The court sent petitioner a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP") and gave him thirty days to do one or the other. In response he wrote a letter saying that he sent in the five-dollar fee "long before I actually filed my writ with the court." The court's financial department was unable to locate any such payment. Petitioner also claimed he had send in "paperwork," which it now appears was an application to proceed in forma pauperis ("IFP"), despite his claim to have paid the fee. No such application has been found. The court gave him until July 9 to pay the fee or apply for leave to proceed IFP. He has written asking for more time.

The time for petitioner to pay the five dollar filing fee or apply for leave to proceed IFP is **EXTENDED** to August 31, 2007.

**IT IS SO ORDERED.**

Dated: 7/24/07

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.07\JONES249.EXT-IFP2.wpd